UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 00-cv-01754-DBS

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

PAUL K. BOLTON,

        Defendant,

   and

SPECTRACELL LABORATORIES, INC.,

        Garnishee.

## GARNISHEE ORDER

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee SPECTRACELL LABORATORIES, Inc. shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

                                      BY THE COURT:

                                      s/ Daniel B. Sparr

Dated: October 27, 2006

                                      Daniel B. Sparr
                                      Senior United States District Judge