IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-01754-DBS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

PAUL K. BOLTON,

      Defendant.

and

SPECTRACELL LABORTORIES, INC.

      Garnishee.

_____

## ORDER DISMISSING WRIT OF GARNISHMENT
_____

      This matter coming before the Court on motion of the Plaintiff and the Court

being fully advised in the premises, the Court hereby **ORDERS** that the Motion to

Dismiss Writ of Garnishment filed on September 21, 2008 in this case is GRANTED.

      DATED: September 22nd, 2008

                             BY THE COURT:

                             s/ Richard P. Matsch

                             _____

                             Richard P. Matsch, Senior District Judge