UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No.  00-cv-01754-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PAUL K. BOLTON,

        Defendant,

   and

MUELLER-DEAN, INC.,

        Garnishee.

## GARNISHEE ORDER

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee, Mueller - Dean, Inc. shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

Payment Instructions: Checks shall be made payable to Clerk, U.S. District Court and mailed to:
        US Department of Justice
        1225 17th Street, Suite 700
        Denver, CO 80202

Please include the following information on each check:

    Name of Defendant:    <u>Paul K. Bolton</u>

    Court Number:    <u>00-cv-01754</u>

BY THE COURT:

Dated:  <u>February 13, 2013</u>    <u>s/Lewis T. Babcock</u>
UNITED STATES DISTRICT JUDGE