**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  00-cv-01754-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

PAUL K. BOLTON,

       Defendant,

and

MUELLER-DEAN, INC.,

       Garnishee.

_____

**ORDER DISMISSING GARNISHMENT**
_____

      This matter coming before the Court on motion of the Plaintiff, and the court being fully advised in the premises, hereby

      ORDERS that the Motion to Dismiss Garnishment in this case is GRANTED.

      ORDERED and entered this   22nd   day of     April    , 2013.

                                            BY THE COURT:

                                              s/Lewis T. Babcock                    
                                            Lewis T. Babcock, Judge