IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 00-cv-01754-LTB-MJW

UNITED STATES,

Plaintiff(s),

v.

PAUL BOLTON,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff USA's Motion to Compel Answers to Plaintiff's Set of Interrogatories and Requests for Production of Documents (docket no. 35) is GRANTED. Defendant Bolton has failed to file any timely response to the subject motion (docket no. 35), and therefore this court deems the motion confessed.

It is FURTHER ORDERED that Defendant Bolton shall provide full and complete responses to Plaintiff USA's Interrogatories and Requests for Production of Documents on or before June 9, 2014.

It is FURTHER ORDERED that the Clerk of Court shall mail a copy of this Minute Order to the defendant at the following address: Paul Bolton, 3072 Martindale Court, San Diego, CA 92123.

Date: May 20, 2014