**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  00-cv-01754-LTB-MJW

UNITED STATES OF AMERICA,

       Plaintiff,

v.

PAUL BOLTON,

       Defendant.

---

**ORDER**

---

THIS MATTER comes before the Court on Plaintiff's Notice Regarding Defendant's Compliance with the Court's Order Granting Motion to Compel (Doc 50).  The Court has received and reviewed the Recommendation of the United States Magistrate Judge (Doc 48) and Plaintiff/Government's Notice and upon Government's request in their Notice, and being sufficiently advised, it is

ORDERED that Plaintiff's Motion for Civil Contempt (Doc 40) is DENIED AS MOOT.

                                           BY THE COURT:

                                             s/Lewis T. Babcock
                                           Lewis T. Babcock, Judge

DATED:    October 31, 2014